United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 20-11247-jkf
AnnMarie Filice                                                       Chapter 7
Silvano Filice
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Belinda           Page 1 of 2            Date Rcvd: Jun 23, 2020
                           Form ID: 318            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2020.
```
db/jdb     +AnnMarie Filice,   Silvano Filice,   136 Lismore Avenue,   Glenside, PA 19038-4011
14475009   +AR Resources, Inc.,   Attn: Bankruptcy,   Po Box 1056,   Blue Bell, PA 19422-0287
14475007   +Alderfer Glass Co.., Inc.,   PO Box 70,   Telford, PA 18969-0070
14475011    Coastal Ear, Nose & Throat Surgeons,   984 First Colonial Road,   #302,
            Virginia Beach, VA 23454-3196
14475022   +Comenitycapital/fntgt,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14475023   +Comenitycapital/impcc,   Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14475025   +Comenitycapital/tile,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14475027    Dsnb Bloomingdales,   Attn: Recovery 'Bk',   Po Box 9111,   Mason, OH 45040
14475029   +EVMS Medical Group,   Surgery,   PO Box 936,   Norfolk, VA 23501-0936
14475028    Emergency Physicians of Tidewater PC,   PO Box 603325,   Charlotte, NC 28260-3325
14475030   +First Federal Credit Control,   Attn: Bankruptcy,   24700 Chagrin Blvd, Ste 205,
            Cleveland, OH 44122-5662
14475032   +Hampton Roads Radiology Associates,   PO Box 844555,   Boston, MA 02284-4555
14475034    Lincare Inc,   PO Box 105760,   Atlanta, GA 30348-5760
14475038    Sentara,   PO Box 791468,   Baltimore, MD 21279-1468
14475039    Sentara Healthcare,   PO Box 117276,   Atlanta, GA 30368-7276
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Jun 24 2020 05:42:43      City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept.,   1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 24 2020 05:42:36      U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14475008   +EDI: AMEREXPR.COM Jun 24 2020 09:03:00      Amex,   Correspondence/Bankruptcy,   Po Box 981540,
            El Paso, TX 79998-1540
14475010   +EDI: TSYS2.COM Jun 24 2020 09:03:00      Barclays Bank Delaware,   Attn: Bankruptcy,
            Po Box 8801,   Wilmington, DE 19899-8801
14475012   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenity Bank/Jessica London,   Attn: Bankruptcy,
            Po Box 182125,   Columbus, OH 43218-2125
14475013   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenity Bank/Lane Bryant,   Attn: Bankruptcy,
            Po Box 182125,   Columbus, OH 43218-2125
14475014   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenity Bank/Overstock,   Attn: Bankruptcy,
            Po Box 182125,   Columbus, OH 43218-2125
14475015   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenity Bank/Pier 1,   Attn: Bankruptcy,
            Po Box 182125,   Columbus, OH 43218-2125
14475016   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenity Bank/Pottery Barn,   Attn: Bankruptcy,
            Po Box 182125,   Columbus, OH 43218-2125
14475017   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenity Bank/Restoreration Hardware,
            Attn: Bankruptcy,   Po Box 182125,   Columbus, OH 43218-2125
14475018   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenity Bank/Wayfair,   Attn: Bankruptcy Dept,
            Po Box 182125,   Columbus, OH 43218-2125
14475019   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenity Capital Bank/HSN,   Attn: Bankruptcy Dept,
            Po Box 182125,   Columbus, OH 43218-2125
14475020   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenity/Crate & Barrell,   Attn: Bankruptcy Dept,
            Po Box 182125,   Columbus, OH 43218-2125
14475021   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenitybank/West Elm,   Attn: Bankruptcy Dept,
            Po Box 182125,   Columbus, OH 43218-2125
14475024   +EDI: WFNNB.COM Jun 24 2020 09:03:00      Comenitycapital/mrsota,   Attn: Bankruptcy Dept,
            Po Box 182125,   Columbus, OH 43218-2125
14475031    E-mail/Text: nwilliamson@foundationfinance.com Jun 24 2020 05:43:51
            Foundation Finance Company,   Attn: Bankruptcy,   Po Box 437,   Schofield, WI 54476
14475033   +EDI: IRS.COM Jun 24 2020 09:03:00      Internal Revenue Service,   P.O. Box 7346,
            Philadelphia, PA 19101-7346
14475035   +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 24 2020 05:44:36
            LVNV Funding/Resurgent Capital,   Po Box 10497,
            Greenville, SC 29603-0497
14475036   +EDI: DAIMLER.COM Jun 24 2020 09:03:00      Mercedes-Benz Financial Services,
            Attn: Bankruptcy Dept,   Po Box 685,   Roanoke, TX 76262-0685
14475037    EDI: PRA.COM Jun 24 2020 09:03:00      Portfolio Recovery,   Attn: Bankruptcy,
            120 Corporate Blvd,   Norfold, VA 23502
14477993   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 24 2020 05:40:57
            Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
            Harrisburg, PA 17128-0946
14475040   +EDI: SWCR.COM Jun 24 2020 09:03:00      Southwest Credit Systems,   4120 International Parkway,
            Carrollton, TX 75007-1958
14475041   +EDI: VERIZONCOMB.COM Jun 24 2020 09:03:00      Verizon Wireless,   Attn: Verizon Bankruptcy,
            500 Technology Dr, Ste 500,   Weldon Springs, MO 63304-2225
                                                                                        TOTAL: 23
```

```
District/off: 0313-2        User: Belinda           Page 2 of 2              Date Rcvd: Jun 23, 2020
                           Form ID: 318             Total Noticed: 38
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14475026        Crown Asset Management LLC
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Joint Debtor Silvano  Filice brad@sadeklaw.com,  bradsadek@gmail.com
              BRAD J. SADEK    on behalf of Debtor AnnMarie  Filice brad@sadeklaw.com,  bradsadek@gmail.com
              GARY F. SEITZ    on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com,
               gfs@trusteesolutions.net;Jblackford@gsbblaw.com
              GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trusteesolutions.net;Jblackford@gsbblaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 5
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **AnnMarie Filice** | Social Security number or ITIN | **xxx–xx–5054** |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Silvano Filice** | Social Security number or ITIN | **xxx–xx–0059** |
| | First Name    Middle Name    Last Name | EIN    _ _ – _ _ _ _ _ _ _ | |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **20–11247–jkf**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

AnnMarie Filice                                 Silvano Filice

6/23/20                                             **By the court:** Jean K. FitzSimon
                                                           United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
  obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
  decided or will decide are not discharged
  in this bankruptcy case;

♦ debts for most fines, penalties,
  forfeitures, or criminal restitution
  obligations;

♦ some debts which the debtors did not
  properly list;

♦ debts for certain types of loans owed to
  pension, profit sharing, stock bonus, or
  retirement plans; and

♦ debts for death or personal injury caused
  by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---